SHEALY, APPELLANT, *v.* PHILLIPS ET AL., APPELLEES.

[Cite as *Shealy v. Phillips* (2000), 90 Ohio St.3d 1231.]

(No. 99–2186—Submitted October 18, 2000 at the Fairfield
County Session—Decided December 13, 2000.)

*Timothy A. Shimko & Associates* and *Timothy A. Shimko,* for appellant.

*Sauter, Hohenberger & Beddow* and *Kenneth R. Beddow,* for appellee Mark Phillips.

*Kennedy, Purdy, Hoeffel, Gernert, Leuthold & Leuthold* and *Paul E. Hoeffel,* for appellee Allstate Insurance Company.

The certification of conflict is dismissed, *sua sponte,* as having been improvidently certified; there is want of a conflict. S.Ct.Prac.R. IV(2)(B); *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, SLABY, COOK and LUNDBERG STRATTON, JJ., concur.

LYNN C. SLABY, J., of the Ninth Appellate District, sitting for PFEIFER, J.